Thomas J. Tedesco, Esq. (SBN 139401)
**LAW OFFICES OF THOMAS J. TEDESCO**
1855 W. Katella Avenue, Suite 365
Orange, California 92867
(714) 771-1693 Telephone
(714) 771-2689 Facsimile

Appearing in a limited capacity for Defendants,
Robert L. Reeves Construction Co.
Shawn H. Tromp

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California Non-Profit Corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. REEVES CONSTRUCTION CO., a California Corporation; SHAWN HENRY TROMP also known as SHAWN H. TROMP, and as SHAWN TROMP, an Individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-03246 FMO (RAOx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served: May 17, 2016<br>Current Response Date: June 7, 2016<br>New Response Date: July 5, 2016 |

This Stipulation is entered into by and between Plaintiff, Carpenters Southwest Administrative Corporation, a California Non-Profit Corporation; and Board of Trustees for the Carpenters Southwest Trusts ("Plaintiff") and Defendants Robert L. Reeves Construction Co. and Shawn H. Tromp ("Defendants"). Defendants' counsel is making a limited appearance in this action for the sole purpose of submitting this Stipulation.

– 1 –
Stipulation to Extend Time to Respond to Complaint

**IT IS HEREBY STIPULATED by and between Plaintiff and Defendants** that the time for Defendants to file a response to the complaint in this matter is extended less than 30 days. Defendants shall have up to, and including July 5, 2016 in which to file a responsive pleading to the complaint.

DECARLO & SHANLEY, APC

Date: June 8, 2016

By: Jodi Siegner, Esq.,
Attorney for Plaintiff,
Carpenters Southwest Administrative Corporation, a California Non-Profit Corporation; and Board of Trustees for the Carpenters Southwest Trusts

LAW OFFICES OF THOMAS J. TEDESCO

Date: June 8, 2016

By: Thomas J. Tedesco, Esq.,
Appearing in a limited capacity for Defendants, Robert L. Reeves Construction Co. and Shawn H. Tromp

## PROOF OF SERVICE (By Mail)
(Carpenters v. Robert L. Reeves Construction, etc.)
(USDC Case No. CV 2:16-CV-03246-FMO-RAOx)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On June 8, 2016, I served a copy of the foregoing document, described as: **STIPULATION TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3),**

**on defendants, addressed as follows:**

Thomas J. Tedesco, Esq.
LAW OFFICES OF THOMAS J. TEDESCO
1855 w. Katella Avenue, Suite 365
Orange, CA 92867

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[x]     (BY DEPOSIT FOR COLLECTION)     I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on June 8, 2016, at Los Angeles, California.

[x]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Esta Hamilton_
Esta Hamilton