Jodi Siegner, Bar No. 102884
Email Address: jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, Carpenters
Southwest Administrative Corporation
and Board of Trustees for the Carpenters
Southwest Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES, etc., et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ROBERT L. REEVES CONSTRUCTION CO., etc., et al.,<br><br>                    Defendant(s). | CASE NO. CV 16-3246 FMO(RAOx)<br><br>DECLARATION OF JODI SIEGNER IN RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION<br><br>*[Proposed] Order Submitted Separately* |

I, JODI SIEGNER, declare as follows:

1.  I am one of the attorneys for plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS ("PLAINTIFFS"), in the above entitled action.  I am licensed to practice law in all the courts in the State of California, and am a member of the bar of this court.

1     2.   The facts set forth in this declaration are either personally known to me or elicited from my review of the files in this matter and if called upon as a witness, I could and would competently testify under oath thereto.

5     3.   The complaint was filed on May 12, 2016. Defendant Robert L. Reeves Construction Co., was served by substituted service upon the person authorized to accept service of process by substituted service on May 17, 2016; Defendant Shawn Tromp was served by personal service on May 23, 2016. (Robert L. Reeves Construction Co., and Shawn Tromp are collectively referred to as "DEFENDANTS"). Defendant American Contractors Indemnity Company was dismissed on May 25, 2015.

13     4.   Shortly after service was effected, I received a communication from Thomas J. Tedesco ("TEDESCO"), an attorney who represents DEFENDANTS. TEDESCO is making a limited appearance as he has not yet been retained and requested a short continuance to speak with his clients about their options. I agreed to grant an extension of time to July 5, 2016 for both DEFENDANTS, but did not receive a Stipulation indicating the new response date from TEDESCO until June 8, 2016.

21     5.   The court issued its Order to Show Cause Re: Dismissal Re: Lack of Prosecution on June 8, 2016. The Stipulation was received and filed after issuance of the notice of the Order to Show Cause.

25     6.   As the court has not taken the Order to Show Cause off calendar, and as the court requests the filing of either an answer from DEFENDANTS or PLAINTIFFS' application for entry of default

judgment by today's date, PLAINTIFFS' counsel is filing this declaration.

7. As indicated above, DEFENDANTS should either have filed a response to the Complaint or let me know that they are not going to defend against the Complaint by July 5, 2016. Therefore, it is requested that the court not dismiss this action for lack of prosecution and that PLAINTIFFS have until July 15, 2016, to file a request for entry of default if DEFENDANTS do not file their response by that date.

Executed this 15th day of June 2016, at Los Angeles, California. I declare under penalty of perjury, that the foregoing is true and correct.

_____
JODI SIEGNER

3

**PROOF OF SERVICE (By Mail)**
(Carpenters v. Robert L. Reeves Construction, etc.)
(USDC Case No. CV 2:16-CV-03246-FMO-RAOx)

  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

  On June 15, 2016 I served a copy of the foregoing document, described as:
**DECLARATION OF JODI SIEGNER IN RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION,**

**on interested parties, addressed as follows:**

  Thomas J. Tedesco, Esq.
  LAW OFFICES OF THOMAS J. TEDESCO
  1855 w. Katella Avenue, Suite 365
  Orange, CA 92867

in said action, by placing [x] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[x]  (BY DEPOSIT FOR COLLECTION)  I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

  Executed on June 15, 2016, at Los Angeles, California.

[x]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Esta Hamilton*
Esta Hamilton
