Jodi Siegner, Bar No. 102884
Email Address: jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, Carpenters
Southwest Administrative Corporation
and Board of Trustees for the Carpenters
Southwest Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES, etc., et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ROBERT L. REEVES CONSTRUCTION CO.,etc., et al.<br><br>                    Defendant(s). | CASE NO. CV 16-3246 FMO(RAOx)<br><br>ORDER IN SUPPORT OF DECLARATION OF JODI SIEGNER IN RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

**O R D E R**

    **GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter not be dismissed and that Plaintiffs have until July 15, 2016 within which to request entry of default.

Dated: June 16, 2016

                           /s/
                _____
                  FERNANDO M. OLGUIN
            UNITED STATES DISTRICT JUDGE