JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT L. REEVES CONSTRUCTION CO., et al., <br><br> Defendants. | Case No. CV 16-3246 FMO (RAOx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment is hereby entered in favor of plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts (collectively, "plaintiffs") and against defendants Robert L. Reeves Construction Co. ("Reeves") and Shawn Henry Tromp, also known as Shawn H. Tromp and Shawn Tromp ("Tromp").

2. Reeves shall pay plaintiffs $360,036.39 in damages, pre-judgment interest, and attorney's fees.  Reeves is also ordered to pay post-judgment interest of .60%.

3. Tromp shall pay plaintiffs $55,634.70 in damages, pre-judgment interest, and attorney's fees.  Tromp is also ordered to pay post-judgment interest of .60%.

1  4. Plaintiffs shall serve defendants with a copy of this Judgment in such a manner as
2 to make it operative in any future proceedings
3 Dated this 30th day of September, 2016.

          /s/
   Fernando M. Olguin
 United States District Judge